**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00272-CR

### VALENTIN CARUS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63142-U**

## ORDER

The State's February 9, 2015 motion for extension of time to file the State's brief is

**GRANTED**. The time to file the State's brief is extended to **March 18, 2015**.

/s/     LANA MYERS
         JUSTICE